**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2390

LONNIE R. HUBBARD,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Mary S. Feinberg, Magistrate Judge.  (CA-98-945-5)

Submitted:  March 10, 2000          Decided:  March 22, 2000

Before MURNAGHAN and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Don M. Stacy, Beckley, West Virginia, for Appellant.  James A. Winn, Regional Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, Dina W. Griffin, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Rebecca A. Betts, United States Attorney, Kelly R. Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lonnie R. Hubbard appeals from the magistrate judge's order[*] affirming the administrative law judge's decision to deny disability insurance benefits. We have reviewed the briefs and the administrative record, and find that substantial evidence supports the administrative law judge's decision. See Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). Accordingly, we affirm on the reasoning of the magistrate judge. See Hubbard v. Apfel, No. CA-98-945-5 (S.D. W. Va. Sept. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

_____

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c)(1) (1994).